# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 19-05567 JJG  
**Case Name:** CENTRIFUGE SUPPLIES, INC.  
**For Period Ending:** 03/31/2022

**Trustee Name:** (340540) Thomas A. Krudy  
**Date Filed (f) or Converted (c):** 07/30/2019 (f)  
**§ 341(a) Meeting Date:** 09/03/2019  
**Claims Bar Date:** 12/26/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | ACCOUNTS RECEIVABLE per Schedule (See Footnote) | 650,189.52 | 719,256.17 | | 339,969.39 | FA |
| 2 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Home Bank, xxxxxx9547 | 21,454.91 | 0.00 | | 20,429.19 | FA |
| 4 | Checking Account at Chase, xxxxxx5972 | 22,251.64 | 0.00 | | 25,752.63 | FA |
| 5 | Checking Account at Owen County State Bank, xxxxxx6847 | 346,876.47 | 0.00 | | 346,847.02 | FA |
| 6 | GEA Mechanical Equipment (Property in Part 5 Purchased Within 20 days of Bankurptcy Filing Purchased by Prepayment) | 125,664.00 | 0.00 | | 0.00 | FA |
| 7* | A/R 90 days old or less. Face amount = $650,189.52. Doubtful/Uncollectible accounts = $0.00. (See Footnote) | 650,189.52 | 0.00 | OA | 354,983.67 | FA |
| 8 | Raw Materials: materia s, 2018, Net Book Value: Unknown | 464.00 | 0.00 | | 260,000.00 | FA |
| 9 | Finished goods: product, 2018, Net Book Value: Unknown | 618,357.00 | 0.00 | | 50,000.00 | FA |
| 10 | Other inventory or supplies: Shipping (packaging and boxes), Net Book Value: Unknown | 300.00 | 0.00 | | 0.00 | FA |
| 11 | furnishings. Valuation Method: Cost | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | Shelving. Valuation Method: N/A | Unknown | 0.00 | | 0.00 | FA |
| 13 | equipment. Valuation Method: Cost | 19,006.00 | 0.00 | | 0.00 | FA |
| 14 | Ford 250. Valuation Method: Dealer Price | 39,980.00 | 0.00 | | 48,225.00 | FA |
| 15 | Can-Am. Valuation Method: Cost | 11,270.00 | 0.00 | | 0.00 | FA |
| 16 | Snow plow. Valuation Method: Cost | 6,000.00 | 0.00 | | 0.00 | FA |
| 17 | 1515 Hancel Parkway Mooresville, Indiana 46158, Lease | Unknown | 0.00 | | 0.00 | FA |
| 18 | www.centrifugesupplies.com. | Unknown | 0.00 | | 0.00 | FA |
| 19 | Customer list in Quickbooks. | Unknown | 0.00 | | 0.00 | FA |
| 20 | Refund of Retainer from Bingham Greenebaum Doll LLP | 70,164.07 | 0.00 | | 0.00 | FA |
| 21 | Oral Sublease with Separator Restorations LLC | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 19-05567 JJG | Trustee Name: | (340540) Thomas A. Krudy |
| --- | --- | --- | --- |
| Case Name: | CENTRIFUGE SUPPLIES, INC. | Date Filed (f) or Converted (c): | 07/30/2019 (f) |
| | | § 341(a) Meeting Date: | 09/03/2019 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | 12/26/2019 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22* | DEPOSITS OF MONEY (u) (See Footnote) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| **22** | **Assets** **Totals** (Excluding unknown values) | **$2,600,167.13** | **$734,256.17** | | **$1,461,206.90** | **$0.00** |

RE PROP# 1  A/R per QB list and deposits

RE PROP# 7  Duplicate asset with no. 1

RE PROP# 22  RETAINER WITH CHARLES RIVER ASSC.

**Major Activities Affecting Case Closing:**

Awaiting continued collection of payments and payment of taxes
Collect accounts receivable

| **Initial Projected Date Of Final Report (TFR):** | 03/31/2021 | **Current Projected Date Of Final Report (TFR):** | 12/31/2022 |
| --- | --- | --- | --- |

04/27/2022
Date

/s/Thomas A. Krudy
Thomas A. Krudy

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 19-05567 JJG | Trustee Name: | Thomas A. Krudy (340540) |
|---|---|---|---|
| Case Name: | CENTRIFUGE SUPPLIES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2104 | Account #: | ******7500 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/19 | {1} | VENTURA COASTAL LLC | AR | 1121-000 | 10,789.67 | | 10,789.67 |
| 08/29/19 | {1} | GRASSLAND DAIRY PRODUCTS, INC | JPMORGAN | 1121-000 | 9,677.82 | | 20,467.49 |
| 08/29/19 | {1} | HILMAR CHEESE COMPANY INC | BANK OF AMERICA | 1121-000 | 6,289.24 | | 26,756.73 |
| 08/29/19 | {1} | CENTRIFUGE SUPPORT & SUPPLIES, LLC | HUNTINGTON NATIONAL BANK OF INDIANA | 1121-000 | 18,917.86 | | 45,674.59 |
| 08/29/19 | {1} | F&H FOOD EQUIPMENT CO | BANK OF AMERICA | 1121-000 | 7,133.68 | | 52,808.27 |
| 08/29/19 | {1} | F&H FOOD EQUIPMENT CO | BANK OF AMERICA | 1121-000 | 3,802.10 | | 56,610.37 |
| 08/29/19 | {1} | F&H FOOD EQUIPMENT CO | BANK OF AMERICA | 1121-000 | 6,787.88 | | 63,398.25 |
| 08/29/19 | {1} | HILMAR CHEESE COMPANY INC | BANK OF AMERICA | 1121-000 | 14,759.91 | | 78,158.16 |
| 08/29/19 | {1} | LINCOLNWAY ENERGY, LLC | FIRST NATIONAL BANK AMES | 1121-000 | 19,626.09 | | 97,784.25 |
| 08/29/19 | {1} | F&H FOOD EQUIPMENT CO | BANK OF AMERICA | 1121-000 | 22,183.76 | | 119,968.01 |
| 08/29/19 | {1} | GRASSLAND DAIRY PRODUCTS, INC | JPMORGAN | 1121-000 | 26,867.06 | | 146,835.07 |
| 08/29/19 | {1} | MICHIGAN MILK PRODUCERS ASSC | JPMORGAN CHASE BANK | 1121-000 | 21,676.97 | | 168,512.04 |
| 08/29/19 | {1} | GRASSLAND DAIRY PRODUCTS, INC | JPMORGAN | 1121-000 | 18,196.78 | | 186,708.82 |
| 08/29/19 | {1} | VENTURA COASTAL LLC | CO BANK | 1121-000 | 10,789.67 | | 197,498.49 |
| 08/29/19 | {1} | MICHIGAN MILK PRODUCERS ASSC | JPMORGAN CHASE BANK | 1121-000 | 13,335.17 | | 210,833.66 |
| 08/29/19 | {1} | VENTURA COASTAL LLC | Accounts receivable | 1121-000 | 20,080.67 | | 230,914.33 |
| 08/29/19 | {1} | VENTURA COASTAL LLC | Deposit Reversal: CO BANK | 1121-000 | -10,789.67 | | 220,124.66 |
| 08/30/19 | {1} | PRAIRIE FARMS DAIRY, INC | CARLINVILLE NATIONAL BANK | 1121-000 | 737.52 | | 220,862.18 |
| 08/30/19 | {1} | VENTURA COASTAL LLC | CO BANK | 1121-000 | 2,104.60 | | 222,966.78 |
| 08/30/19 | {1} | HILMAR CHEESE COMPANY INC | BANK OF AMERICA | 1121-000 | 1,527.55 | | 224,494.33 |
| 08/30/19 | {1} | ENVIRONMENTAL PROTECTION SERVICES | WESBANCO BANK | 1121-000 | 95.78 | | 224,590.11 |
| 08/30/19 | {1} | PLEASANT VIEW DAIRY CORP | FIRST FINANCIAL BANK | 1121-000 | 423.19 | | 225,013.30 |
| 08/30/19 | {1} | HILMAR CHEESE COMPANY INC | BANK OF AMERICA | 1121-000 | 43.80 | | 225,057.10 |
| 08/30/19 | {1} | STSTCO ENGINEERING & FABRICATORS, INC | FIRST CITIZENS BANK | 1121-000 | 1,855.01 | | 226,912.11 |
| 08/30/19 | {1} | STATCO ENGINEERING & FABRICATORS, INC | FIRST CITIZENS BANK | 1121-000 | 2,024.19 | | 228,936.30 |
| 08/30/19 | {1} | HEEREMA COMPANY | ATLANTIC STEWARDSHIP BANK | 1121-000 | 142.39 | | 229,078.69 |
| 08/30/19 | {1} | CERTIS USA, LLC | MIZUHO BANK | 1121-000 | 2,579.14 | | 231,657.83 |
| 08/30/19 | {1} | HUSKER AG LLC | FARM CREDIT SERVICES OF AMERICA | 1121-000 | 6,317.84 | | 237,975.67 |

Page Subtotals: $237,975.67   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 19-05567 JJG | Trustee Name: | Thomas A. Krudy (340540) |
|---|---|---|---|
| Case Name: | CENTRIFUGE SUPPLIES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2104 | Account #: | ******7500 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/19 | {1} | PLEASANT VIEW DAIRY CORP | FIRST FINANCIAL BANK | 1121-000 | 520.40 | | 238,496.07 |
| 08/30/19 | {1} | CALIFORNIA DAIRIES, INC | CO BANK | 1121-000 | 810.03 | | 239,306.10 |
| 08/30/19 | {1} | IDAHO MILK PRODUCTS | JPMORGAN CHASE | 1121-000 | 785.74 | | 240,091.84 |
| 08/30/19 | {1} | GRASSLAND DAIRY PRODUCTS, INC | JPMORGAN | 1121-000 | 1,202.19 | | 241,294.03 |
| 08/30/19 | {1} | EISCHEN ENTERPRISES INC | WESTAMERICA BANK | 1121-000 | 328.16 | | 241,622.19 |
| 08/30/19 | {1} | WW HOMESTEAD DAIRY LLC | FREEDOM BANK | 1121-000 | 97.09 | | 241,719.28 |
| 08/30/19 | {1} | SEPARATOR RESTORATIONS, LLC | CHASE ONLINE BILL PAYMEN | 1121-000 | 386.95 | | 242,106.23 |
| 08/30/19 | {1} | GENUINE PARTS COMPANY | SUNTRUST BANK | 1121-000 | 948.60 | | 243,054.83 |
| 08/30/19 | {1} | GENUINE PARTS COMPANY | SUNTRUST | 1121-000 | 222.75 | | 243,277.58 |
| 08/30/19 | {1} | AB MAURI ST LASALLE, QUEBEC, CANADA | BANK OF AMERICA | 1121-000 | 2,556.13 | | 245,833.71 |
| 08/30/19 | {1} | CHS INC | WELLS FARGO BANK | 1121-000 | 5,708.53 | | 251,542.24 |
| 08/30/19 | {1} | SAPUTO CHEESE USA INC | BANK OF AMERICA | 1121-000 | 2,523.51 | | 254,065.75 |
| 08/30/19 | {1} | VENTURA COASTAL LLC | CO BANK | 1121-000 | 1,492.28 | | 255,558.03 |
| 08/30/19 | {1} | MICHIGAN MILK PRODUCERS ASSC | JPMORGAN CHASE | 1121-000 | 78.18 | | 255,636.21 |
| 08/30/19 | {1} | AB MAURI 31 AIRLIE ST, LASALLE, QUEBEC, CANADA H8R 1Z8 | BANK OF AMERICA | 1121-000 | 255.40 | | 255,891.61 |
| 08/30/19 | {1} | AB MAURI 31 AIRLIE ST, LASALLE, QUEBEC, CANADA H8R 1Z8 | BANK OF AMERICA | 1121-000 | 2,230.34 | | 258,121.95 |
| 08/30/19 | {1} | VENTURA COASTAL LLC | CO BANK | 1121-000 | 1,367.72 | | 259,489.67 |
| 08/30/19 | {1} | GRASSLAND DAIRY PRODUCTS, INC | JPMORGAN | 1121-000 | 2,845.41 | | 262,335.08 |
| 08/30/19 | {1} | GRASSLAND DAIRY PRODUCTS, INC | JPMORGAN | 1121-000 | 3,735.55 | | 266,070.63 |
| 08/30/19 | {1} | VENTURA COASTAL LLC | CO BANK | 1121-000 | 1,353.00 | | 267,423.63 |
| 08/30/19 | {1} | BRUNS BROS PROCESS EQUIP | ANDROSCOGGIN BANK | 1121-000 | 33.06 | | 267,456.69 |
| 08/30/19 | {1} | SAPUTO CHEESE USA INC | BANK OF AMERICA | 1121-000 | 256.51 | | 267,713.20 |
| 09/03/19 | {1} | BINGHAM GREENEBAUM DOLL LLP | FIRST MERCHANTS BANK | 1121-000 | 70,164.07 | | 337,877.27 |
| 09/05/19 | {1} | SEPARATOR RESTORATIONS , LLC | RETURNED DEPOSIT | 1121-000 | -386.95 | | 337,490.32 |
| 09/06/19 | {7} | SAPUTO CHEESE USA INC | BANK OF AMERICA | 1121-000 | 17,776.67 | | 355,266.99 |
| 09/06/19 | {7} | AGROPUR INC | BMO HARRIS CENTRAL | 1121-000 | 2,796.99 | | 358,063.98 |
| 09/06/19 | {7} | DAIRY ENGINEERING COMPANY | FIRSTBANK | 1121-000 | 4,409.90 | | 362,473.88 |

Page Subtotals:    $124,498.21    $0.00

{ } Asset Reference(s)                                                                                                                      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 19-05567 JJG | Trustee Name: | Thomas A. Krudy (340540) |
|---|---|---|---|
| Case Name: | CENTRIFUGE SUPPLIES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2104 | Account #: | ******7500 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $0.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/06/19 | {7} | PACIFIC ETHANOL PEKIN, LLC | BANK OF AMERICA | 1121-000 | 18,161.82 | | 380,635.70 |
| 09/06/19 | {7} | USA YEAST COMPANY, LLC | NATIONAL BANK OF CANADA | 1121-000 | 906.85 | | 381,542.55 |
| 09/06/19 | {7} | BRUNS BROS PROCESS EQUIP | ANDROSCOGGIN BANK | 1121-000 | 633.17 | | 382,175.72 |
| 09/06/19 | {7} | PLAINVIEW MILK PRODUCERS COOP | FORESIGHT BANK | 1121-000 | 453.07 | | 382,628.79 |
| 09/06/19 | {7} | DAIRY MAID DAIRY, LLC | BANK OF KANSAS CITY | 1121-000 | 10,881.70 | | 393,510.49 |
| 09/06/19 | {7} | SJS MACHINERY, INC | WELLS FARGO BANK | 1121-000 | 11,977.42 | | 405,487.91 |
| 09/09/19 | {7} | S & C RESALE COMPANY | HARRIS CENTRAL N.A. | 1121-000 | 7,153.18 | | 412,641.09 |
| 09/09/19 | {7} | ASSOCIATED MILK PRODUCERS INC | JPMORGAN CHASE | 1121-000 | 9,431.46 | | 422,072.55 |
| 09/11/19 | {7} | SAPUTO CHEESE USA INC | BANK OF AMERICA | 1121-000 | 1,190.76 | | 423,263.31 |
| 09/16/19 | {7} | PENNLAND PURE | THE COLUMBIA BANK | 1121-000 | 4,094.04 | | 427,357.35 |
| 09/16/19 | {7} | GLANBIA BUSINESS SERVICES | CITIBANK DELAWARE | 1121-000 | 2,276.72 | | 429,634.07 |
| 09/18/19 | {7} | CENTRIFUGE SUPPORT & SUPPLIES, LLC | Accounts receivable | 1121-000 | 12,343.24 | | 441,977.31 |
| 09/19/19 | {7} | KRAFT HEINZ FOOD COMPANY | CITIBANK | 1121-000 | 14,680.88 | | 456,658.19 |
| 09/26/19 | {7} | CENTRISYS CORPORATION | CHASE | 1121-000 | 371.24 | | 457,029.43 |
| 09/26/19 | {7} | SEPARATOR RESTORATIONS, LLC | CHASE | 1121-000 | 1,526.64 | | 458,556.07 |
| 10/08/19 | {7} | CHOBANI LLC | BANK OF AMERICA | 1121-000 | 101,081.12 | | 559,637.19 |
| 10/08/19 | {7} | VECTREN | PNC BANK | 1121-000 | 565.43 | | 560,202.62 |
| 10/10/19 | {3} | HOME BANK, SB | CENTRIFUGE SUPPLIE 20191010QMGFT01200 0148 | 1129-000 | 20,429.19 | | 580,631.81 |
| 10/10/19 | {1} | F&H FOOD EQUIPMENT CO | DEPOSIT 10007 ADJ | 1121-000 | -0.68 | | 580,631.13 |
| 10/15/19 | {7} | DIDION ETHANOL | HUNTINGTON | 1121-000 | 27,166.48 | | 607,797.61 |
| 10/15/19 | {4} | CHASE | BK ONE-NATL ACC MA 20191015B1QGC07C00 2570 | 1129-000 | 25,752.63 | | 633,550.24 |
| 10/22/19 | {5} | CENTRIFUGE SUPPLIES, INC. | CENTRIFUGE SUPPLIE 20191022QMGFT00300 1444 | 1129-000 | 346,847.02 | | 980,397.26 |
| 10/28/19 | {7} | COUNTRY DAIRY | SHELBY STATE BANK | 1121-000 | 3,906.53 | | 984,303.79 |
| 11/19/19 | {14} | CHRISTYS OF INDIANA, INC | INDIANA MEMBERS C U | 1129-000 | 48,225.00 | | 1,032,528.79 |
| 12/10/19 | {1} | BORDEN DAIRY COMPANY | PNC BANK | 1121-000 | 1,972.06 | | 1,034,500.85 |
| 12/20/19 | {7} | DAIRYMAID DAIRY, LLC | BANK OF KANSAS CITY | 1121-000 | 513.37 | | 1,035,014.22 |
| 12/20/19 | {7} | DAIRYMAID DAIRY, LLC | BANK OF KANSAS CITY | 1121-000 | 2.00 | | 1,035,016.22 |
| 01/10/20 | {7} | GEA MECHANICAL EQUIPMENT | GEA MECHANICAL EQU 20200110B1Q8383C00 5912 | 1121-000 | 95,323.99 | | 1,130,340.21 |
| | | | | Page Subtotals: | $767,866.33 | $0.00 | |

{ } Asset Reference(s)                                                                                               ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 19-05567 JJG | Trustee Name: | Thomas A. Krudy (340540) |
|---|---|---|---|
| Case Name: | CENTRIFUGE SUPPLIES, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***2104 | Account #: | ******7500 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/12/20 | {1} | DAIRY MAID DAIRY, LLC | BANK OF KANSAS CITY | 1121-000 | 507.69 | | 1,130,847.90 |
| 03/13/20 | {9} | CENTRIFUGE SUPPLIES, INC. | TRUCENT, INC. CASE 20200313B1QGC01C00 9922 | 1129-000 | 50,000.00 | | 1,180,847.90 |
| 03/13/20 | {8} | CENTRIFUGE SUPPLIES, INC. | TRUCENT, INC. CASE 20200313B1QGC05C01 1356 | 1129-000 | 260,000.00 | | 1,440,847.90 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 247.74 | 1,440,600.16 |
| 04/02/20 | {7} | S & C RESALE COMPANY | BMO HARRIS CENTRAL | 1121-000 | 5,395.00 | | 1,445,995.16 |
| 04/08/20 | {7} | Correction for deposit no. 10077 | Correction for S & C Resale Company deposit of 4.2.2020 | 1121-000 | -36.00 | | 1,445,959.16 |
| 04/23/20 | 101 | Christy's Of Indiana Inc. | Per Order dated 04/22/20 | 3620-000 | | 7,016.58 | 1,438,942.58 |
| 06/25/20 | 102 | THOMAS A. KRUDY | Interim Trustee Compensation per 6.24.2020 Court Order (Doc 163) | 2100-000 | | 30,868.26 | 1,408,074.32 |
| 07/08/20 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX3794 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX3794 | 9999-000 | | 1,408,074.32 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 77 | Deposits | 659,065.37 | 2 | Checks | 37,884.84 |
| 0 | Interest Postings | 0.00 | 5 | Adjustments Out | 11,461.04 |
| | Subtotal | 659,065.37 | 1 | Transfers Out | 1,408,074.32 |
| 7 | Adjustments In | 798,354.83 | | Total | 1,457,420.20 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 1,457,420.20 | | | |

Page Subtotals:   $0.00   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 19-05567 JJG | Trustee Name: | Thomas A. Krudy (340540) |
|---|---|---|---|
| Case Name: | CENTRIFUGE SUPPLIES, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2104 | Account #: | ******3794 Checking Account |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/20 | | Transfer Credit from Mechanics Bank acct XXXXXX7500 | Transition Credit from Mechanics Bank acct XXXXXX7500 | 9999-000 | 1,408,074.32 | | 1,408,074.32 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,250.60 | 1,405,823.72 |
| 08/13/20 | 1000 | SEPARATORS, INC. | Per Order dated 08/10/20 | 7100-000 | | 11,760.03 | 1,394,063.69 |
| 08/13/20 | 1001 | Centrifuge Support & Supplies, LLC | Per Order dated 08/10/20 | 7200-000 | | 7,242.47 | 1,386,821.22 |
| 08/18/20 | | Separators Inc | WIRE TO Separators Inc | 7200-000 | | 533,362.71 | 853,458.51 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,850.65 | 851,607.86 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,452.11 | 850,155.75 |
| 10/07/20 | 1002 | GRESK & SINGLETON P.C. | Special Counsel for Trustee fees and expenses per 10.5.2020 Court Order | | | 178,043.84 | 672,111.91 |
| | | | Special Counsel for Trustee fees per 10.5.2020 Court order $176,603.44 | 3210-600 | | | |
| | | | Special Counsel for Trustee expenses per 10.5.2020 Court order $1,440.40 | 3220-610 | | | |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,207.07 | 670,904.84 |
| 11/12/20 | | TBD | WIRE TO Seperators , Inc. | | | 475,000.00 | 195,904.84 |
| 11/20/20 | 1003 | THOMAS A. KRUDY | Interim Trustee fee per 11.20.2020 Court order (Doc 199) Voided on 11/20/2020 | 2100-004 | | 23,202.20 | 172,702.64 |
| 11/20/20 | 1003 | THOMAS A. KRUDY | Interim Trustee fee per 11.20.2020 Court order (Doc 199) Voided: check issued on 11/20/2020 | 2100-004 | | -23,202.20 | 195,904.84 |
| 11/20/20 | 1004 | THOMAS A. KRUDY | Interim Trustee fee per 11.20.2020 Court order (Doc 199) | 2100-000 | | 23,202.70 | 172,702.14 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 625.50 | 172,076.64 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 302.61 | 171,774.03 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 266.10 | 171,507.93 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 256.55 | 171,251.38 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 301.91 | 170,949.47 |
| 04/06/21 | 1005 | Rod Hall, CPA | Per 4.5.2021 Court order | 3410-000 | | 3,383.50 | 167,565.97 |
| 04/06/21 | 1006 | Rod Hall, CPA | Per 4.5.2021 Court order | 3420-000 | | 272.00 | 167,293.97 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 270.76 | 167,023.21 |

Page Subtotals:   $1,408,074.32   $1,241,051.11

{ } Asset Reference(s)                                                                                                             ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 19-05567 JJG | Trustee Name: | Thomas A. Krudy (340540) |
|---|---|---|---|
| Case Name: | CENTRIFUGE SUPPLIES, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2104 | Account #: | ******3794 Checking Account |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $0.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 249.84 | 166,773.37 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 294.02 | 166,479.35 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 266.82 | 166,212.53 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 284.15 | 165,928.38 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 265.93 | 165,662.45 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 256.66 | 165,405.79 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 282.77 | 165,123.02 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 273.46 | 164,849.56 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 255.40 | 164,594.16 |
| 02/21/22 | {22} | CRA INTERNATIONAL | REFUND OF RETAINER | 1221-000 | 15,000.00 | | 179,594.16 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 249.44 | 179,344.72 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 316.21 | 179,028.51 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 15,000.00 | 7 | Checks | 223,904.54 |
| 0 | Interest Postings | 0.00 | 23 | Adjustments Out | 1,020,141.27 |
| | Subtotal | 15,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 1,244,045.81 |
| 1 | Transfers In | 1,408,074.32 | | | |
| | Total | 1,423,074.32 | | | |

Page Subtotals: $15,000.00   $2,994.70

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-7

| | |
|---|---|
| **Case No.:** | 19-05567 JJG |
| **Case Name:** | CENTRIFUGE SUPPLIES, INC. |
| **Taxpayer ID #:** | \*\*-\*\*\*2104 |
| **For Period Ending:** | 03/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Thomas A. Krudy (340540) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | \*\*\*\*\*\*3794 Checking Account |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $1,461,206.90 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,461,206.90 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| \*\*\*\*\*\*7500 Checking | $1,446,206.90 | $38,132.58 | $0.00 |
| \*\*\*\*\*\*3794 Checking Account | $15,000.00 | $1,244,045.81 | $179,028.51 |
| | $1,461,206.90 | $1,282,178.39 | $179,028.51 |

| | |
|---|---|
| **04/27/2022** | **/s/Thomas A. Krudy** |
| Date | Thomas A. Krudy |